# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LEAH MAXIM o/b/o E.S.M., a minor child, ) *Plaintiff* ) v. ) CAROLYN W. COLVIN, Acting Commissioner ) of Social Security Administration, ) *Defendant* | Civil Action No. 13-CV-0143-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Plaintiff's Motion for Summary Judgment, ECF No. 15, is DENIED
Defendant's Motion for Summary Judgment, ECF No. 20, is GRANTED.
Judgment is entered for Defendant Carolyn W. Colvin, Acting Commissioner of Social Security Administration.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    THOMAS O. RICE    on motions for summary judgment.

Date: May 30, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen